1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    ERIN ALLEN,                                Case No.  13-cv-01279-JST
               Plaintiff,
8                                               **ORDER SETTING BRIEFING**
9         v.                                    **SCHEDULE RE: DEFENDANT'S**
                                                **MOTION REQUESTING**
10   CONAGRA FOODS, INC.,                       **CERTIFICATION OF ISSUE FOR**
                                                **IMMEDIATE APPEAL**
               Defendant.
11                                              Re: ECF No. 47
12
13         The Court is in receipt of Defendant Conagra Foods, Inc.'s Motion Requesting

14   Certification of Issue for Immediate Appeal Under 28 U.S.C. § 1292(b), ECF No. 47.  The Court

15   construes the motion as an administrative motion pursuant to Civil Local Rule 7-11.  However,

16   because of the length of the motion, which exceeds the five-page limit provided for in Local Rule

17   7-11, Plaintiff shall have seven days from the date of this Order to file a response of no more than

18   ten pages in length.  The Court will then take the matter under submission, absent further order

19   requesting supplemental briefing or setting a hearing.

20         **IT IS SO ORDERED.**

21   Dated:  September 24, 2013

22                                   _____

23                                         JON S. TIGAR
                                        United States District Judge
24
25
26
27
28

United States District Court
Northern District of California