1
2
3
4
5
6
7      **UNITED STATES DISTRICT COURT**
8      **NORTHERN DISTRICT OF CALIFORNIA**
9      **SAN FRANCISCO DIVISION**

10
11   ERIN ALLEN,                                    Case No. 13-cv-01279 JST (NC)
12           Plaintiff,                             **ORDER TO MEET AND CONFER**
13       v.
14   CONAGRA FOODS, INC.,                           Re: Dkt. No. 64
15           Defendant.

16
17     The parties in this putative class action submitted a joint letter brief outlining a
18 dispute over ESI protocol. Dkt. No. 64. All discovery disputes in the case have since been
19 referred to the undersigned magistrate judge. Dkt. No. 65. The parties concur that an ESI
20 protocol must require the parties to meet and confer to agree on search terms and production
21 format; they seem to only disagree on the language that will best convey that point. This
22 dispute is fairly narrow and the Court orders the parties to further meet and confer in order
23 to resolve the matter without Court intervention, if possible. Within seven days of this
24 order, the parties must either submit their stipulated ESI protocol, or submit competing ESI
25 protocols for the Court to rule on.
26     Any party may object to this ruling within 14 days. Fed. R. Civ. P. 72(a).
27
28

Case No. 12-cv-01279 JST (NC)
ORDER TO MEET AND CONFER

1  IT IS SO ORDERED.

2  Date: February 24, 2014

3  _____
   Nathanael M. Cousins
4  United States Magistrate Judge

Case No. 12-cv-01279 JST (NC)
ORDER TO MEET AND CONFER            2