1  STEVE W. BERMAN (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
2  1918 Eighth Avenue, Suite 3300
3  Seattle, WA  98101
   Telephone:  (206) 623-7292
4  Facsimile:  (206) 623-0594
   E-mail:  steve@hbsslaw.com
5

6  ELAINE T. BYSZEWSKI (SBN 222304)
   LEE M. GORDON (SBN 174168)
7  HAGENS BERMAN SOBOL SHAPIRO LLP
   301 North Lake Avenue, Suite 203
8  Pasadena, CA  91101
9  Telephone:  (213) 330-7150
   Facsimile:  (213) 330-7152
10 E-mail: elaine@hbsslaw.com
            -and-
11 UREKA E. IDSTROM (*pro hac vice*)
   THE EUREKA LAW FIRM
12 5606 Belinder Road
13 Fairway, KS  66205
   Telephone:  (816) 665-3515
14 E-mail:  uidstrom@eurekalawfirm.com

15 *Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERIN ALLEN, on behalf of herself and all others similarly situated, | Case Number: 3:13-CV-01279-VC |
| Plaintiff, | **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
| vs. | |
| CONAGRA FOODS INC., a Delaware corporation, | |
| Defendant. | |

STIPULATION AND [PROPOSED] SCHEDULING ORDER

Plaintiff Erin Allen ("Plaintiff"), and Defendant ConAgra Foods, Inc. ("Defendant") hereby stipulate and agree as follows:

**WHEREAS**, on January 3, 2014, the Court entered an Order setting the class certification briefing schedule and other case dates initially proposed by the parties;

**WHEREAS**, on March 4, 2014, the Court entered a Stipulated Order Re: ESI protocol, which governs the ESI discovery protocol in this case;

**WHEREAS**, the parties have been diligently engaged in the ESI discovery process;

**WHEREAS**, Defendant has encountered technical difficulties in compiling and producing some of the ESI in response to Plaintiff's discovery requests;

**WHEREAS**, Plaintiff also sought to depose Defendant and Defendant's employees in or by May 2014, but relevant personnel were not reasonably available until June 2014; and

**WHEREAS**, the parties have met and conferred with each other regarding the foregoing scheduling issues, and in the interests of judicial economy, the parties seek entry of a Scheduling Order that continues and adjusts the current class certification briefing schedule and other case dates by six (6) weeks (with the certification hearing adjusted back an additional week in light of the Thanksgiving holiday).

**NOW**, **THEREFORE**, Plaintiff and Defendant agree and respectfully request that the Court continue and adjust the current case schedule as proposed below:

| Event | Proposed Date |
| --- | --- |
| Motion for Class Certification due | August 11, 2014 |
| Response to Class Certification | October 10, 2014 |
| Reply to Class Certification | November 3, 2014 |
| Hearing on Class Certification | December 4, 2014 at 1:30 p.m. |
| Close of Fact Discovery | March 30, 2015 |
| Expert Disclosures due | April 27, 2015 |

-1-

STIPULATION AND [PROPOSED] SCHEDULING ORDER

| | |
|---|---|
| Rebuttal Expert Disclosures due | May 27, 2015 |
| Close of Expert Discovery | June 26, 2015 |
| Dispositive Motions due | July 3, 2015 |

**IT IS SO STIPULATED**, THROUGH COUNSEL OF RECORD.

Respectfully submitted,

DATED: May 1, 2014                    HAGENS BERMAN SOBOL SHAPIRO LLP


By:  /s/ Lee M. Gordon
       Lee M. Gordon (SBN 174168)

Elaine T. Byszewski (SBN 222304)
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone: (213) 330-7150
elaine@hbsslaw.com
lee@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone: (206) 623-7292
steve@hbsslaw.com

Ureka E. Idstrom, (*pro hac vice*)
THE EUREKA LAW FIRM
5606 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515
uidstrom@eurekalawfirm.com

*Attorneys for Plaintiff and the Proposed Class*

STIPULATION AND [PROPOSED] SCHEDULING ORDER

DATED: May 1, 2014				MCGRATH NORTH MULLIN & KRATZ, PC LLO


						By: /s/ Patrick E. Brookhouser
						       Patrick E. Brookhouser, Jr. (*Pro Hac Vice*)

						First National Tower, Suite 3700
						1601 Dodge Street
						Omaha, NE  68102
						Telephone: (402) 341-3070
						Facsimile: (402) 341-0216
						pbrookhouser@mcgrathnorth.com


						Robert B. Hawk (SBN 118054)
						HOGAN LOVELLS US LLP
						4085 Campbell Avenue
						Suite 100
						Menlo Park, CA  94025
						Telephone: (650) 463-4008
						Facsimile: (650) 463-4199
						robert.hawk@hoganlovells.com
						stacy.hovan@hoganlovells.com

						*Attorneys for Defendant ConAgra Foods, Inc.*


### **Attestation of Filing**

I, Lee M. Gordon, attest that concurrence in the filing of this document has been obtained from each of the other signatories.


						By:     /s/ Lee M. Gordon
						          Lee M. Gordon (SBN 174168)

-3-

STIPULATION AND [PROPOSED] SCHEDULING ORDER

1   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3   Dated: May 2, 2014



HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

-4-

STIPULATION AND [PROPOSED] SCHEDULING ORDER