Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Erin Allen )
  ) Case No: 3:13-cv-01279
  Plaintiff(s), )
  ) **APPLICATION FOR**
  v. ) **ADMISSION OF ATTORNEY**
  ) **PRO HAC VICE**
ConAgra Foods, Inc. ) (CIVIL LOCAL RULE 11-3)
  )
  Defendant(s). )

I, R. Trent Taylor, an active member in good standing of the bar of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: ConAgra Foods, Inc. in the above-entitled action. My local co-counsel in this case is A. Brooks Gresham, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One James Center, 901 East Cary St., Richmond, VA 23219-4030 | 1800 Century Park East, 8th Floor Los Angeles, CA 90067-1501 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (804) 775-1182 | (310) 315-8291 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| rtaylor@mcguirewoods.com | bgresham@mcguirewoods.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 47468.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: June 11, 2014                                          R. Trent Taylor
                                                              APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of R. Trent Taylor is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 12, 2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# 𝔖𝔲𝔭𝔯𝔢𝔪𝔢 𝔆𝔬𝔲𝔯𝔱 𝔬𝔣 𝔙𝔦𝔯𝔤𝔦𝔫𝔦𝔞

## AT RICHMOND

# ℭ𝔢𝔯𝔱𝔦𝔣𝔦𝔠𝔞𝔱𝔢

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

### RICHARD TRENT TAYLOR

was admitted to practice as an attorney and counsellor at the bar of this Court on February 25, 2002.

I further certify that so far as the records of this office are concerned, RICHARD TRENT TAYLOR is a member of the bar of this Court in good standing.

𝔚𝔦𝔱𝔫𝔢𝔰𝔰 my hand and seal of said Court

This 21st day of January

A.D. 2014

By: _____

*Deputy Clerk*