STEVE W. BERMAN (*pro hac vice*)
steve@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

LEE M. GORDON (SBN 174168)
lee@hbsslaw.com
ELAINE T. BYSZEWSKI (SBN 222304)
elaine@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (310) 330-7150
Facsimile: (310) 770-7152

UREKA E. IDSTROM (*pro hac vice*)
uidstrom@eurekalawfirm.com
THE EUREKA LAW FIRM
5606 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515

[Additional Attorneys Listed on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ERIN ALLEN, on behalf of herslef and all others similarly situated,,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS INC., a Delaware Corporation,<br><br>Defendant. | No. 3:13-CV-01279-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATION FOR: (1) PLAINTIFF'S MEMORANDUM IN SUPPORT OF MOTION FOR CLASS CERTIFICAITON, AND (2) DEFENDANT'S MEMORANDUM IN OPPOSITION**<br><br>Hon. Vince Chhabria |

010360-12 707231 V1

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiff's unopposed administrative motion to exceed page limitation for (1) Plaintiff's memorandum in support of motion for class certification, and (2) Defendant's memorandum in opposition.

Upon consideration of the unopposed administrative motion, the stipulation regarding page limits for class certification briefing, and good cause appearing, the motion is GRANTED.

Accordingly, (1) Plaintiff's memorandum in support of her motion for class certification may exceed the page limitation by ten pages (not to exceed 25 pages), and (2) Defendant's memorandum in opposition to Plaintiff's motion may exceed the page limitation by ten pages (not to exceed 25 pages).

IT IS SO ORDERED

DATED: August 6, 2014

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

DATED: August 5, 2014            HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Steve W. Berman
Steve W. Berman (*pro hac vice*)
steve@hbsslaw.com
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Lee M. Gordon (SBN 174168)
lee@hbsslaw.com
Elaine T. Byszewski (SBN 222304)
elaine@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone (213) 330-7150
Facsimile: (213) 330-7152

Jeff D Friedman (SBN 173886)
jefff@hbsslaw.com
Shana E. Scarlett (SBN 217895)
shanas@hbsslaw.com

| | |
|---|---|
| 1 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | 715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710 |
| 3 | Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001 |
| 4 | Ureka Ellie Idstrom (*pro hac vice*) |
| 5 | *uidstrom@eurekalawfirm.com*<br>THE EUREKA LAW FIRM |
| 6 | 5606 Belinder Road<br>Fairway, KS 66205 |
| 7 | Telephone: (816) 665-3515 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

Case No.: 3:13-CV-02179-VC
010360-12  707231 V1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                        /s/ Andy Katz
                                          Andy Katz