STEVE W. BERMAN (*pro hac vice*)
*steve@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

LEE M. GORDON (SBN 174168)
*lee@hbsslaw.com*
ELAINE T. BYSZEWSKI (SBN 222304)
*elaine@hbsslaw.com*
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
        -and-
UREKA E. IDSTROM (*pro hac vice*)
*uidstrom@eurekalawfirm.com*
THE EUREKA LAW FIRM
5606 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515

[Additional Attorneys Listed on Signature Page]
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIN ALLEN, on behalf of herself and all others similarly situated,<br><br>                                   Plaintiff,<br><br>   v.<br><br>CONAGRA FOODS INC., a Delaware Corporation,<br><br>                                   Defendant. | No. 3:13-CV-01279-VC<br><br>[~~PROPOSED~~] **ORDER GRANTING ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS**<br><br>Hon. Vince Chhabria |

010360-12 712920 V1                                                                                                    Case No.: 3:13-CV-01279-VC

1       **[~~PROPOSED~~] ORDER**

2           Having considered Plaintiff Erin Allen's Administrative Motion to Remove Incorrectly

3   Filed Documents and determining that compelling reasons exist, IT IS HEREBY ORDERED that

4   the Motion to Remove Incorrectly Filed Documents is GRANTED in full.

5

6   IT IS SO ORDERED

7   DATED: August 20, 2014

                                            _____
                                            HON. VINCE CHHABRIA
8                                           United States District Judge

9   Respectfully submitted,

10  DATED: August 19, 2014                  HAGENS BERMAN SOBOL SHAPIRO LLP

11                                          By: /s/ Lee M. Gordon
                                            Lee M. Gordon (SBN 174168)
12                                          *lee@hbsslaw.com*
                                            Elaine T. Byszewski (SBN 222304)
13                                          *elaine@hbsslaw.com*
                                            301 North Lake Avenue, Suite 203
14                                          Pasadena, CA 91101
                                            Telephone (213) 330-7150
15                                          Facsimile: (213) 330-7152

16                                          Steve W. Berman (*pro hac vice*)
                                            *steve@hbsslaw.com*
17                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                            1918 Eighth Avenue, Suite 3300
18                                          Seattle, WA 98101
                                            Telephone: (206) 623-7292
19                                          Facsimile: (206) 623-0594

20                                          Jeff D Friedman (SBN 173886)
                                            *jefff@hbsslaw.com*
21                                          Shana E. Scarlett (SBN 217895)
                                            *shanas@hbsslaw.com*
22                                          HAGENS BERMAN SOBOL SHAPIRO LLP
                                            715 Hearst Avenue, Suite 202
23                                          Berkeley, CA 94710
                                            Telephone: (510) 725-3000
24                                          Facsimile: (510) 725-3001

25                                          Ureka Ellie Idstrom (*pro hac vice*)
                                            *uidstrom@eurekalawfirm.com*
26                                          THE EUREKA LAW FIRM
                                            5606 Belinder Road
27                                          Fairway, KS 66205
                                            Telephone: (816) 665-3515
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 19, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List, and I hereby certify that I have caused to be mailed a paper copy of the foregoing document via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List generated by the CM/ECF system.

                                                             /s/ Andy Katz
                                                               Andy Katz