| | |
|---|---|
| 1 | Robert B. Hawk (Bar No. 118054) |
| 2 | Stacy R. Hovan (Bar No. 271485) |
|   | HOGAN LOVELLS US LLP |
| 3 | 4085 Campbell Avenue, Suite 100 |
|   | Menlo Park, California 94025 |
| 4 | Telephone: (650) 463-4000 |
|   | Facsimile: (650) 463-4199 |
| 5 | robert.hawk@hoganlovells.com |
|   | stacy.hovan@hoganlovells.com |

Patrick E. Brookhouser, Jr. (admitted *pro hac vice*)
MCGRATH NORTH MULLIN &
KRATZ, PC LLO
First National Tower, Suite 3700
1601 Dodge Street
Omaha, NE 68102
Telephone: (402) 341-3070
pbrookhouser@mcgrathnorth.com

Allen Brooks Gresham, II (Bar No. 155954)
Laura E. Coombe (Bar No. 260663)
MCGUIRE WOODS LLP
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
bgresham@mcguirewoods.com
lcoombe@mcguirewoods.com

Attorneys for Defendant
CONAGRA FOODS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIN ALLEN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA FOODS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 13-cv-01279-VC<br><br>**REQUEST FOR WITHDRAWAL OF COUNSEL AND [PROPOSED] ORDER**<br><br>Honorable Vince Chhabria |

Defendant ConAgra Foods, Inc. ("ConAgra") respectfully requests that the Court permit Hogan Lovells US LLP to withdraw as a counsel of record for ConAgra, and requests that the following attorneys be removed from the Court's electronic mail notification list:

> Robert B. Hawk (Bar No. 118054)
> robert.hawk@hoganlovells.com
>
> Stacy R. Hovan (Bar No. 271485)
> stacy.hovan@hoganlovells.com

McGuire Woods LLP has appeared in this action as counsel of record for ConAgra and will serve as lead counsel for ConAgra going forward.  The undersigned confirms that ConAgra has consented to the withdrawal as counsel of Hogan Lovells US LLP.

Dated:  August 15, 2014           By:     */s/ Robert B. Hawk*
                                          Robert B. Hawk
                                          Hogan Lovells US LLP

1

REQUEST FOR WITHDRAWAL OF COUNSEL
CASE NO. CV 13-1279-VC

## **ORDER**

1

2     The Court hereby orders that the request of Defendant ConAgra Foods, Inc. to permit the

3 withdrawal of Hogan Lovells US LLP as counsel in this matter, is HEREBY GRANTED. The

4 following lawyers shall be removed from the electronic mail notification list for this action:

5     Robert B. Hawk (Bar No. 118054)
    robert.hawk@hoganlovells.com

6

7     Stacy R. Hovan (Bar No. 271485)
    stacy.hovan@hoganlovells.com

8

9 Dated: __Setpember 3__, 2014     _____

10     The Honorable Vince Chhabria
    UNITED STATES DISTRICT COURT

2

REQUEST FOR WITHDRAWAL OF COUNSEL
CASE NO. CV 13-1279-VC