1  A. Brooks Gresham (SBN 155954)
   Laura Coombe (SBN 260663)
2  **McGuireWoods LLP**
   1800 Century Park East, 8th Floor
3  Los Angeles, CA  90067-1501
   Telephone: 310.315.8200
4  Facsimile: 310.315.8210
   bgresham@mcguirewoods.com
5  lcoombe@mcguirewoods.com

6  Joan S. Dinsmore (SBN 245629)
   **McGuireWoods LLP**
7  434 Fayetteville Street, Suite 2600
   Raleigh, NC 27601
8  Telephone: 919.755.6693
   Facsimile: 919.755.6592
9  jdinsmore@mcguirewoods.com

10 Attorneys for Defendant ConAgra Foods, Inc.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                         SAN FRANCISCO DIVISION

15

16 | ERIN ALLEN, on behalf of herself    | No. 3:13-CV-01279-VC |
   | and all others similarly situated   |                      |
17 |                                     |                      |
18 |            Plaintiff,               | **CONAGRA FOODS, INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** AND ORDER |
19 |            vs.                      |                      |
20 | CONAGRA FOODS, INC., a Delaware     | Hon. Vince Chhabria  |
   | Corporation                         |                      |
21 |                                     |                      |
22 |            Defendant.               |                      |

23

24

25

26

27

28

CONAGRA FOODS, INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT

1     Pursuant to Local Rule 7-11, Defendant ConAgra Foods, Inc. ("ConAgra") respectfully requests that the Court order the Clerk of the Court to remove the following document from the docket in the above-reference matter: Docket No. 98-3, Redacted Declaration of Colin Weir in Support of Plaintiff's Motion for Class Certification (the "Document").

    The Document contains information designated by ConAgra as Confidential or Highly Confidential pursuant to the protective orders entered in the case.  (Declaration of Laura Coombe ("Coombe Decl."), ¶ 2.)  After ConAgra filed the Document, Plaintiff made further redactions of information contained within the Declaration of Colin Weir and filed with this Court a corrected publicly redacted version of the Declaration with this Court.  (Coombe Decl., ¶ 3; Dkt. 99.)  The Document publicly displays information subsequently acknowledged by Plaintiff as being Confidential or Highly Confidential and redacted accordingly.  (Coombe Decl., ¶ 3.)  ConAgra has filed with this Court an amended response in support of Plaintiff's Administrative Motion to File Under Seal Declaration of Colin Weir.  (Dkt. 102.)  To protect the confidentiality of the materials at issue until such time as the Court makes a final ruling as to confidentiality of the relevant subject matter, ConAgra respectfully requests that the Court grant this motion and order the relief requested.

    Respectfully submitted,

    MCGUIREWOODS LLP

    By:   /s/ Laura Coombe
         A. Brooks Gresham
         Laura Coombe
         Attorneys for ConAgra Foods, Inc.

Date: September 3, 2014



GRANTED
Judge Vince Chhabria

1
CONAGRA FOODS, INC.'S ADMINISTRATIVE MOTION TO REMOVE INCORRECTLY FILED DOCUMENT