STEVE W. BERMAN (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 8th Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

LEE M. GORDON (SBN 174168)
ELAINE T. BYSZEWSKI (SBN 222304)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 203
Pasadena, CA  91101
Telephone: (310) 330-7150
Facsimile: (310) 770-7152
Email: lee@hbsslaw.com
Email: elaine@hbsslaw.com

UREKA E. IDSTROM (*pro hac vice*)
THE EUREKA LAW FIRM
5606 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515
Email: uidstrom@eurekalawfirm.com

[Additional Attorneys Listed on Signature Page]

*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIN ALLEN, on behalf of herslef and all others similarly situated,,<br><br>                              Plaintiff,<br><br>     v.<br><br>CONAGRA FOODS INC., a Delaware Corporation,<br><br>                              Defendant. | No. 3:13-CV-01279-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO EXCEED TEN-PAGE LIMITATION FOR HER REPLY MEMORANDUM IN SUPPORT OF CLASS CERTIFICATION**<br><br>Hon. Vince Chhabria |

010360-12 707231 V1

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiff's administrative motion to exceed the 10-page limitation for her Reply Memorandum in Support of Class Certification.

Upon consideration of the administrative motion, the Declaration of Uri Idstrom in support of Plaintiff's administrative motion, and good cause appearing, the motion is GRANTED.

Accordingly, Plaintiff's Reply Memorandum in Support of Class Certification may exceed the 10-page limitation by 5 pages (not to exceed 15 pages).

IT IS SO ORDERED

DATED: October 20, 2014

HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

DATED: October 17, 2014            HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Lee M. Gordon
Lee M. Gordon (SBN 174168)
Elaine T. Byszewski (SBN 222304)
301 North Lake Avenue, Suite 203
Pasadena, CA 91101
Telephone (213) 330-7150
Facsimile: (213) 330-7152
Email: lee@hbsslaw.com
Email: elaine@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

Jeff D Friedman (SBN 173886)
Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: jefff@hbsslaw.com
Email: shanas@hbsslaw.com

Case No.: 3:13-CV-02179-VC
010360-12 707231 V1

|   |   |
|---|---|
| 1 | Ureka Ellie Idstrom (*pro hac vice*) |
| 2 | THE EUREKA LAW FIRM |
|   | 5606 Belinder Road |
| 3 | Fairway, KS 66205 |
|   | Telephone: (816) 665-3515 |
| 4 | Email: uidstrom@eurekalawfirm.com |

*Attorneys for Plaintiff and the Proposed Class*

- 2 -

Case No.: 3:13-CV-02179-VC
010360-12  707231 V1