UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIN ALLEN,

        Plaintiff,

    v.

CONAGRA FOODS, INC.,

        Defendant.

Case No. 13-cv-01279-VC

**ORDER DENYING MOTIONS TO FILE UNDER SEAL**

Re: Dkt. Nos. 89, 90, 91, 110, 116, 119, 123, 127

For the reasons stated on the record at the hearing on the plaintiff's motion for class certification, the motions to file under seal are denied. Any party that believes that good cause exists for sealing any part of any document filed in this case may, within 7 days of the date of this order, file a renewed motion to file under seal. Any motion must be narrowly tailored to include only sealable material, and must comply with all the requirements of Civil Local Rule 79-5. If no such motion is filed, all documents currently filed with the Court will be opened to public inspection.

**IT IS SO ORDERED**.

Dated: December 4, 2014

_____
VINCE CHHABRIA
United States District Judge