UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN ALLEN,<br>　　　　　Plaintiff,<br>　　v.<br>CONAGRA FOODS, INC.,<br>　　　　　Defendant. | Case No. 13-cv-01279-VC<br><br>**ORDER WITHDRAWING DISCOVERY REFERENCE**<br><br>Re: Dkt. No. 138 |

On February 18, 2014, the case was referred to Judge Nathanael Cousins for discovery related matters. (Dkt. no. 65.) This Court now withdraws that reference and will retain all future discovery related disputes. The parties should familiarize themselves with this Court's Standing Orders regarding discovery disputes.

**IT IS SO ORDERED**.

Dated: December 9, 2014

VINCE CHHABRIA
United States District Judge