United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7    ERIN ALLEN,                                 Case No.  13-cv-01279-VC
                    Plaintiff,
8
        v.
9                                                **ORDER GRANTING IN PART**
                                                 **DEFENDANT'S MOTION TO FILE**
     CONAGRA FOODS, INC.,                        **UNDER SEAL**
10
                    Defendant.                   Re: Dkt. No. 141
11

12

13          Defendant ConAgra Foods, Inc.'s motion to file under seal is granted in part.  The motion

14   is denied with respect to Paragraphs 29–35, Table 1, and Figures 1–5 of the Declaration of Keith

15   R. Ugone in Support of ConAgra's Opposition to Plaintiff's Motion for Class Certification,

16   Docket No. 110, and Exhibit 7 of the Declaration of Lee M. Gordon in Support of Plaintiffs'

17   Motion for Class Certification, Docket No. 90.  It is granted with respect to the remaining

18   documents.

19          Within seven days of the date of this order, ConAgra must identify each of the items

20   currently filed with the Court that should remain under seal in order for the docket to conform to

21   this order.  Any document not so identified will be opened to public inspection.  Also within seven

22   days of this order, ConAgra must file new redacted versions of any documents where the Court

23   has granted ConAgra's motion as to only a portion of the document.

24          For future reference, the Court will not entertain any further motions to file under seal that

25   do not comply with the Civil Local Rules.  *See, e.g.*, Civil L.R. 79-5(d)(1)(D) ("The unredacted

26   version must indicate, by highlighting or other clear method, the portions of the document that

27   have been omitted from the redacted version.").

28

United States District Court
Northern District of California

1    **IT IS SO ORDERED**.

2    Dated:  December 19, 2014

3    _____

4    VINCE CHHABRIA
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28