UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>        Defendant. | Case No. 13-cv-01279-HSG<br><br>**ORDER STAYING CASE**<br>Re: Dkt. No. 151 |

On February 20, 2015, the parties submitted a stipulation requesting a stay of the above-captioned action pending the Ninth Circuit's ruling on the pending appeal in *Jones v. ConAgra Foods, Inc.*, No. 12-01633 CRB, 2014 WL 2702726 (N.D. Cal. June 13, 2014), appeal docketed, No. 14-16327 (9th Cir. 2014). The Court agrees with the parties that a stay is warranted under the circumstances. Accordingly, the Court **STAYS** the proceedings in this action pending the Ninth Circuit's decision in *Jones*.

Within 14 days of the Ninth Circuit's decision in *Jones*, the parties shall file a notice of the decision with the Court. With that notice, the parties shall submit a joint statement outlining their plans with respect to any motion for class certification and shall propose a briefing schedule for that motion. The Court will set a case management conference to discuss the briefing schedule and further scheduling issues at that time.

**IT IS SO ORDERED**.

Dated: 2/20/2015

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge