UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>        Defendant. | Case No. 13-cv-01279-WHO<br><br>**ORDER DIRECTING PARTIES TO FILE PERIODIC JOINT STATUS UPDATES DURING STAY AND TO COMPLY WITH JUDGE GILLIAM'S PRIOR ORDER** |

This putative class action was recently transferred to this Court following Judge Gilliam's order of recusal. Dkt. Nos. 152, 153. Pursuant to Judge Gilliam's February 20, 2015 order, the case is stayed pending the Ninth Circuit's decision in the appeal of *Jones v. ConAgra Foods, Inc.*, No. 12-cv-01633-CRB, 2014 WL 2702726 (N.D. Cal. June 13, 2014). Dkt. No. 152. The parties are directed to file joint status updates every six months during the course of the stay, informing the Court of any material developments in the pending appeal. The parties shall file the first joint status update six months from the date of this order.

In addition, as directed by Judge Gilliam, "[w]ithin 14 days of the Ninth Circuit's decision in *Jones*, the parties shall file a notice of the decision with the Court. With that notice, the parties shall submit a joint statement outlining their plans with respect to any motion for class certification and shall propose a briefing schedule for that motion. The Court will set a case management conference to discuss the briefing schedule and further scheduling issues at that time."

**IT IS SO ORDERED**.

Dated: March 26, 2015



WILLIAM H. ORRICK
United States District Judge