STEVE W. BERMAN (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
Email: steve@hbsslaw.com

ELAINE T. BYSZEWSKI (SBN 222304)
CHRISTOPHER R. PITOUN (SBN 290235)
HAGENS BERMAN SOBOL SHAPIRO LLP
301 North Lake Avenue, Suite 920
Pasadena, CA 91101
Telephone: (213) 330-7150
Facsimile: (213) 330-7152
Email: elaine@hbsslaw.com
Email: christopherp@hbsslaw.com

UREKA E. IDSTROM (*pro hac vice*)
THE EUREKA LAW FIRM
5606 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515
Email: uidstrom@eurekalawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*
*[Additional Counsel Listed on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIN ALLEN,<br><br>                    Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS, INC.,<br><br>                    Defendant. | Case No. 3:13-CV-01279-WHO<br><br>**NOTICE OF WITHDRAWAL OF HAGENS BERMAN SOBOL SHAPIRO, LLP FOR PLAINTIFF ERIN ALLEN**<br><br>Judge:    Hon. William H. Orrick |

010360-12 1031005 V1

- 1 -

1  **PLEASE TAKE NOTICE THAT**, effective immediately, Hagens Berman Sobol

2  Shapiro LLP hereby withdraws as counsel of record for Plaintiff Erin Allen ("Plaintiff") in the

3  above captioned matter:

4  Withdrawing as counsel for Plaintiff are:

5  STEVE W. BERMAN (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
6  1918 Eighth Avenue, Suite 3300
   Seattle, WA 98101
7  Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
8  Email: steve@hbsslaw.com

9  ELAINE T. BYSZEWSKI (SBN 222304)
   CHRISTOPHER R. PITOUN (SBN 290235)
10 HAGENS BERMAN SOBOL SHAPIRO LLP
   301 North Lake Avenue, Suite 920
11 Pasadena, CA 91101
   Telephone: (213) 330-7150
12 Facsimile: (213) 330-7152
   Email: elaine@hbsslaw.com
13 Email: christopherp@hbsslaw.com

14 JEFF D. FRIEDMAN (SBN 173886)
   SHANA E. SCARLETT (SBN 217895)
15 HAGENS BERMAN SOBOL SHAPIRO LLP
   715 Heast Avenue, Suite 202
16 Berkeley, CA 94701
   Telephone: (510) 725-3000
17 Facsimile: (510) 725-3001
   Email: jefff@hbsslaw.com
18 Email: shanas@hbsslaw.com

19

20 This withdrawal will not cause undue delay to the parties or the Court because Plaintiff will continue to be represented in this matter by Ureka E. Idstrom of the Eureka Law Firm and will also be represented by Adam Gutride and Anthony Patck of Gutride Safier LLP.

21

22

23

24

25

26

27

28 NOTICE OF WITHDRAWAL
   010360-12 1031005 V1

Respectfully Submitted,

DATED:  May 14, 2018                    HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Christopher R. Pitoun
Elaine T. Byszewski (SBN 222304)
Christopher R. Pitoun (SBN 290235)
301 North Lake Avenue, Suite 920
Pasadena, CA  91101
Telephone:  (213) 330-7150
Facsimile:  (213) 330-7152
Email: elaine@hbsslaw.com
Email: christopherp@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Email: steve@hbsslaw.com

Jeff D. Friedman (SBN 173886)
Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Heast Avenue, Suite 202
Berkeley, CA  94701
Telephone:  (510) 725-3000
Facsimile:  (510) 725-3001
Email: jefff@hbsslaw.com
Email: shanas@hbsslaw.com

*Attorneys for Plaintiffs and the Proposed Class*

NOTICE OF WITHDRAWAL
- 2 -
010360-12 1031005 V1