ANGELA SPIVEY (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777
E-mail:          angela.spivey@alston.com

RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
E-mail:     rachel.lowe@alston.com

Attorneys for Defendant
**CONAGRA FOODS, INC.**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIN ALLEN, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>CONAGRA FOODS INC., a Delaware corporation,<br><br>          Defendants. | Case No.:  3:13-CV-01279-WHO<br><br>Assigned to the Hon. William H. Orrick<br>Courtroom 2<br><br>**ORDER EXTENDING DEADLINES TO RESPOND AND SETTING BRIEFING SCHEDULE ON (1) PLAINTIFF'S MOTION FOR LEAVE TO AMEND AND (2) PLAINTIFF'S MOTION TO INTERVENE**<br><br>[Filed concurrently with Joint Stipulation]<br><br>Complaint Filed:    March 21, 2013<br>FAC Filed:         September 9, 2013 |

# ORDER

Based on the foregoing stipulation of the parties, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

Defendant's Opposition to Plaintiff's Motion for Leave to Amend and for Reconsideration (Dkt. 183) is now due August 2, 2018. Plaintiff's Reply to the Motion for Leave to Amend is now due August 9, 2018. The hearing on Plaintiff's Motion for Leave to Amend is now scheduled for August 29, 2018; and

Defendant's Opposition to the Motion for Leave to Intervene (Dkt. 182) is now due August 2, 2018. Proposed Intervenors' Reply to the Motion for Leave to Intervene is now due August 9, 2018. The hearing on Proposed Intervenors' Motion for Leave to Intervene is now scheduled for August 29, 2018.

**IT IS SO ORDERED.**

DATED:July 18, 2018

_____
Hon. William H. Orrick
JUDGE OF THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ORDER EXTENDING DEADLINES TO RESPOND AND SETTING BRIEFING SCHEDULE