# Exhibit 60

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                              ---oOo---



 ERIN ALLEN, TYOKA BRUMFIELD,
 OFELIA FRECHETTE, SHELLEY
 HARDER, DEANA MARR, TAMMIE
 SHAWLEY, BRIAN SMITH, and
 BETTY VASQUEZ, on behalf of
 herself and all others
 similarly situated,

              Plaintiffs,

 vs                                    No. 3:13-cv-01279-WHO

 CONAGRA FOODS INC. a Delaware
 corporation,

              Defendants.
 _____/

  ORAL AND VIDEOTAPED DEPOSITION OF

         KEITH UGONE, Ph.D.

       TUESDAY, MAY 14, 2019

             CERTIFIED COPY




 REPORTED BY:  AUDRA B. PATY, CSR #5987



             NOGARA REPORTING SERVICE
              5 Third Street, Suite 415
           San Francisco, California 94103
                  (415) 398-1889
```

```
 1            ORAL AND VIDEOTAPED DEPOSITION of KEITH
 2   UGONE, Ph.D., produced as a witness at the instance of
 3   the Plaintiffs, and duly sworn, was taken in the
 4   above-styled and numbered cause on the 14th of May,
 5   2019, from 9:21 a.m. to 4:58 p.m., before Audra B.
 6   Paty, CSR in and for the State of Texas, reported by
 7   machine shorthand, at the offices of Alston & Bird,
 8   LLP, 2200 Ross Avenue, Suite 2300, in the City of
 9   Dallas, County of Dallas, State of Texas, pursuant to
10   Notice and the Federal Rules of Civil Procedure.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | the market so there is no forces or pressures to move | 10:31:15 |
| 2 | that price so you're at an equilibrium, and that's the | 10:31:19 |
| 3 | market price. | 10:31:25 |
| 4 | Q.  Right.  Okay.  So I think we're kind of | 10:31:27 |
| 5 | saying the same thing, but maybe my question wasn't | 10:31:28 |
| 6 | very good.  But the market price, that intersection of | 10:31:31 |
| 7 | the supply curve and the demand curve, incorporates | 10:31:34 |
| 8 | all those supply side factors that you talked about in | 10:31:37 |
| 9 | your prior answer and it incorporates all of those | 10:31:40 |
| 10 | demand side factors that you talked about in your | 10:31:43 |
| 11 | prior answer? | 10:31:46 |
| 12 | A.  Yes, as long as what you're saying isn't | 10:31:48 |
| 13 | misused in another sense, but I will agree with you | 10:31:52 |
| 14 | that when you get that price that takes into account | 10:31:57 |
| 15 | taste and preferences, price of substitute goods, | 10:32:00 |
| 16 | price of complementary goods, income on the demand | 10:32:05 |
| 17 | side takes into account technology or the underlying | 10:32:09 |
| 18 | firm's production function, price of labor, price of | 10:32:13 |
| 19 | capital.  That's all on the input side.  All of those | 10:32:18 |
| 20 | together help determine equilibrium market price.  I | 10:32:20 |
| 21 | will agree in the context we are in, if you ever try | 10:32:27 |
| 22 | to take what I just said and do something else with | 10:32:30 |
| 23 | it, I would then need to evaluate that something else, | 10:32:31 |
| 24 | but I stand by everything I have said up to this | 10:32:33 |
| 25 | point. | 10:32:38 |

STATE OF TEXAS )

COUNTY OF DALLAS )

   I, Audra B. Paty, Certified Shorthand Reporter, in and for the State of Texas, certify that the foregoing deposition of KEITH UGONE, Ph.D. was reported stenographically by me at the time and place indicated, said witness having been placed under oath by me; that review was requested pursuant to Federal Rule of Civil Procedure 30(e)(1); and that the deposition is a true record of the testimony given by the witness.

   I further certify that I am neither counsel for nor related to any party in this cause and am not financially interested in its outcome.

   Given under my hand on this the 16th day of May, 2019.

         _____
         Audra B. Paty, Certified
         Shorthand Reporter No. 5987
         My commission expires 12-31-19

Time used by each party:
Ms. Uri Idstrom - 5:39
Mr. Andrew G. Phillips - 0:00

```
 1  KEITH R. UGONE, Ph.D.
    c/o Andrew G. Phillips, Esq.
 2  ALSTON & BIRD, LLP
    One Atlantic Center
 3  1201 West Peachtree Street
    Atlanta, Georgia 30309-3424
 4
    Date:  May 16, 2019
 5  Re: Allen v. Conagra
    Deposition Date: May 14, 2019
 6
    Dear Dr. Ugone:
 7
    Please be advised that the original transcript of your
 8  deposition is ready for your review.

 9  Pursuant to CCP Federal Rule 30(e) you have 30 days
    following the date of this notice to read, correct and
10  sign your transcript unless the attending parties and
    the deponent agree on the record or otherwise in writing
11  to a longer or shorter time period.  The deponent may
    change the form or the substance of the answer to a
12  question, and may either approve the transcript of the
    deposition by signing it, or refuse to approve the
13  transcript by not signing it.  You are not required by
    law to read and sign your deposition transcript.  All
14  parties will be informed of the corrections.  The
    original transcript will then be sealed and sent to the
15  examining attorney pursuant to the applicable law.

16  You may either come to our office to read and sign the
    original transcript, or you may contact your attorney or
17  the attorney who arranged for you to be present at your
    deposition.  If they have ordered a copy of the
18  transcript, you may review their copy and make
    corrections by submitting, signing and returning the
19  attached form.  If you choose to review your transcript
    at our office, please call first to make an appointment.
20  Should you have any question regarding these
    instructions, please call.
21
    Sincerely,
22
    NOGARA REPORTING SERVICE
23  5 Third Street, Suite 415
    San Francisco, CA 94103
24  (415)-398-1889

25  cc:  All counsel; original deposition
```