UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN ALLEN, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CONAGRA FOODS, INC.,<br><br>　　　　　Defendant. | Case No. 3:13-cv-01279-WHO<br><br>**ORDER APPROVING CLASS NOTICE PLAN**<br><br>Re: Dkt. No. 287 |

On March 4, 2020, the parties jointly submitted a plan to provide notice to the class along with a proposed deadline for opt-outs. Dkt. No. 287. That plan is approved.

**IT IS SO ORDERED.**

Dated: March 6, 2020



William H. Orrick
United States District Judge