**GUTRIDE SAFIER LLP**
ADAM J. GUTRIDE (State Bar No. 181446)
SETH A. SAFIER (State Bar No. 197427)
ANTHONY J. PATEK (State Bar No. 228964)
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: (415) 639-9090
Facsimile:  (415) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
anthony@gutridesafier.com

**THE EUREKA LAW FIRM**
UREKA E. IDSTROM (*pro hac vice*)
5606 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515
uidstrom@eurekalawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIN ALLEN, TYOKA BRUMFIELD, OFELIA FRECHETTE, SHELLEY HARDER, DEANA MARR, TAMMIE SHAWLEY, BRIAN SMITH, AND BETTY VAZQUEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:13-CV-01279-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY PRETRIAL SCHEDULE**<br><br>Honorable Judge William H. Orrick<br>Dept.: Courtroom 2, 17th Floor |

Plaintiff Erin Allen, on behalf of herself and all others similarly situated (collectively, "Plaintiffs") and Defendant Conagra Brands Inc. (f/d/b//a Conagra Foods Inc.) ("Defendant," and together with Plaintiffs, the "Parties"), through their respective undersigned counsel, hereby respectfully submit the following Joint Stipulation and (Proposed) Order to Modify the Court's February 18, 2020 Pretrial Scheduling Order.

## STIPULATION

WHEREAS, the Court issued a Pretrial Scheduling Order on February 18, 2020 (ECF No. 286);

WHEREAS, the Court's Scheduling Order, dated February 18, 2020, requires the Parties to complete expert discovery by April 31, 2020[1];

WHEREAS, the Parties have diligently pursued discovery and tentatively scheduled several expert depositions;

WHEREAS, the unexpected, widespread pandemic of COVID-19 has led to shelter-in-place orders, travel bans, and quarantine measures in geographic regions directly affecting counsel and expert witnesses that frustrate the purpose of scheduled and planned depositions;

WHEREAS, the unknown nature of the spread and severity of COVID-19 continues to shift the landscape in terms of the availability of the Parties and the proposed experts to travel and appear at depositions, even via telephone or videoconference, and would require witnesses and counsel to place both their own

---

[1] Please note, April 31, 2020 is not a recognized calendar date and the Parties respectfully request that this original deadline be amended to May 1, 2020.

health and public health at risk by violating shelter-in-place orders;

WHEREAS, the Parties agree that good cause exists to extend all remaining deadlines in the Court Scheduling Order, dated February 18, 2020 (ECF No. 286), for at least 30 days as follows:

|  | Current Date: | New Date: |
|---|---|---|
| Expert Rebuttal | April 1, 2020 | May 1, 2020 |
| Expert Discovery Cutoff | April 31, 2020 [2] | June 1, 2020 |
| Dispositive Motions Heard | June 24, 2020 | July 24, 2020 |
| Pretrial Conference | October 13, 2020 2:00 p.m. | November 12, 2020 2:00 p.m. |
| Trial | November 2, 2020 8:30 a.m. by Jury | December 9, 2020 [3] 8:30 a.m. by Jury |

---

[2] April 31st is not an existing calendar date, and has been treated as May 1st.
[3] The proposed trial date was extended an additional week by agreement of counsel to separate it from the Thanksgiving holiday.

STIPULATED AND AGREED:

Date: March 18, 2020

___/s/Anthony J. Patek_____          ___/s/Andrew Phillips/_____

**GUTRIDE SAFIER LLP**
Adam J. Gutride
Seth Safier
Anthony Patek
100 Pine Street, Suite 1250
San Francisco, CA 94111
Telephone:  (415) 271-6469
Facsimile:    (515) 449-6469
adam@gutridesafier.com
seth@gutridesafier.com
anthony@gutridesafier.com

**THE EUREKA LAW FIRM**
UREKA E. IDSTROM (*pro hac vice*)
5606 Belinder Road
Fairway, KS 66205
Telephone: (816) 665-3515
Email: uidstrom@eurekalawfirm.com

*Attorneys for*
*Plaintiff Erin Allen*

**ALSTON & BIRD LLP**
Angela M. Spivey (*pro hac vice*)
Andrew Phillips
Jamie George
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777
aspivey@alston.com
andrew.phillips@alston.com
jamie.george@alston.com

*Attorneys for*
Conagra Foods, Inc.

## ATTESTATION OF COMPLIANCE

I, Anthony J. Patek, am the ECF user whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Andrew Phillips concurred in this filing.

*/s/ Anthony J. Patek/*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIN ALLEN, TYOKA BRUMFIELD, OFELIA FRECHETTE, SHELLEY HARDER, DEANA MARR, TAMMIE SHAWLEY, BRIAN SMITH, AND BETTY VAZQUEZ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONAGRA FOODS INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:19-CV-01279-WHO<br><br>**[PROPOSED] ORDER**<br><br>Honorable Judge William H. Orrick<br>Dept.: Courtroom 2, 17th Floor |

**[PROPOSED] ORDER**

Based on the Parties' Stipulation to Modify Pretrial Scheduling Order, and good cause appearing:

The deadlines are extended as follows:

| | Current Date: | New Date: |
|---|---|---|
| Expert Rebuttal | April 1, 2020 | May 1, 2020 |
| Expert Discovery Cutoff | April 31, 2020 [4] | June 1, 2020 |
| Dispositive Motions Heard | June 24, 2020 | July 24, 2020 |
| Pretrial Conference | October 13, 2020 2:00 p.m. | November 12, 2020 2:00 p.m. |
| Trial | November 2, 2020 8:30 a.m. by Jury | December 9, 2020 8:30 a.m. by Jury |

---

[4] April 31st is not an existing calendar date, and has been treated as May 1st.

IT IS SO ORDERED.

_____
HON. WILLIAM H. ORRICK
United States District Court Judge